166 A.3d 236

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHARLES WEST, DEFENDANT–PETITIONER.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000237–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

166 A.3d 237

KATHLEEN CAREW, PETITIONER–PETITIONER, v. BOARD OF EDUCATION OF THE BOROUGH OF OLD TAPPAN, RESPONDENT–RESPONDENT. ANGELA MAIDA, INTERVENOR–RESPONDENT.

April 6, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003384–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.